ANNA HOWARTH et al., Respondents, *v.* CITY OF NEW YORK, Appellant.

Argued February 26, 1945; decided April 5, 1945.

*Ignatius M. Wilkinson,* Corporation Counsel (*Francis A. Fullam, Jr.,* and *Joseph F. Mulqueen, Jr.* of counsel), for appellant.

*Edward Lazansky* and *Ralph Stout* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and DYE, JJ. Taking no part: THACHER, J.